partment. December 18, 1908.) In the matter of the Grade Damage Commission. With this case has been consolidated in this court cases bearing titles as follows: In re Astor; In re Gainsborg; In re De Vinne; In re Geiszler; In re Morrison; In re Sauter; In re Tinsley; In re Wilcox (two cases). No opinions. Motions granted. Settle orders on notice.

In re GRADE DAMAGE COMMISSION. (Supreme Court, Appellate Division, First Department. December 31, 1908.) In the matter of the Grade Damage Commission. With this case has been consolidated in this court cases bearing titles as follows: In re Hand; In re Brennan; In re Payne; In re Miller; In re Callahan; In re Daly; In re Naughton; In re Jennings. No opinions. Motions granted. Settle order on notice.

GRAHAM, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Edward J. Graham against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRANT, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Ann F. Grant, as administratrix, against the Delaware, Lackawanna & Western Railroad Company. F. Q. Thomson, for appellant. W. S. Haskell, for respondent.

PER CURIAM. Judgment and order affirmed; with costs. Order filed.

INGRAHAM, J., dissents.

In re GRAVES. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) In the matter of the application of Frank L. Graves for admission to the bar. No opinion. Application granted.

GRAY et al., Respondents, v. SHERMAN, Appellant et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Louis D. Gray and another against William G. Sherman and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRAY, Respondent, v. WANKE, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Almon Nelson Gray against Charles L. Wanke. No opinion. Judgment affirmed, with costs.

GRAY, Respondent, v. WEBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Almon Nelson Gray against John W. Weber and another. No opinion. Judgment affirmed, with costs.

GREEN, Appellant, v. FISS, DOERR & CARROLL HORSE CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Patrick F. Green against the Fiss, Doerr & Carroll Horse Company. No opinion. Motion to dismiss appeal granted, with costs.

GREENBURG, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Alexander B. Greenburg against Barnett Goldstein. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREENFELD, Appellant, v. RICKERT-FINLAY REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Davis Greenfeld against the Rickert-Finlay Realty Company and another. No opinion. It is for the plaintiff to try his case, and not attempt to have it determined on conflicting affidavits. Order affirmed, with $10 costs and disbursements.

GRIFFIN et al., Respondents, v. AMERICAN TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Delia Griffin and another against the American Telephone & Telegraph Company. No opinion. Judgment and order affirmed, with costs.

GRIFFIN, Respondent, v. ERNST, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Henry C. Griffin against Gustav Ernst, impleaded with others. E. Herrmann, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs, on 124 App. Div. 289, 108 N. Y. Supp. 816. Order filed.

GRIMM, Respondent, v. DEMUTH GLASS MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by William Grimm against the Demuth Glass Manufacturing Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GRINIS, Respondent, v. NATIONAL SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Yurgis Grinis against the National Sugar Refining Company. No opinion. Judgment and order unanimously affirmed, with costs.

GUBNER v. McCLELLAN. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Adolph C. Gubner against George B. McClellan. No opinion. Motion denied on terms stated in order. Order filed.